**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2033**

_____

ANA Y MARTINEZ HERNANDEZ

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted:  April 20, 2023                    Decided:  June 1, 2023

_____

Before WILKINSON and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

**ON BRIEF:** Robert J. Harris, Woodbridge, Virginia, for Petitioner.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Daniel E. Goldman, Senior Litigation Counsel, Robbin K. Blaya, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ana Martinez Hernandez (Martinez), a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion to reconsider. We have reviewed the administrative record and Martinez's claims and find no abuse of discretion. *See Narine v. Holder,* 559 F.3d 246, 249 (4th Cir. 2009); *Jean v. Gonzales,* 435 F.3d 475, 481 (4th Cir. 2006). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Martinez Hernandez* (B.I.A. Sept. 1, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*